1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARBARA CARRASCO,

11            Petitioner,              No. CIV S-03-1984 LKK KJM P

12       vs.

13   SUPERIOR COURT of CA,

14            Respondent.            ORDER TO SHOW CAUSE

15   _____/

16            Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On December 14, 2007, respondent filed a motion

18   to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides

19   in part:  "Failure of the responding party to file written opposition or to file a statement of no

20   opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good

21   cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days,

22   why respondent's December 14, 2007 motion to dismiss (docket no. 23) should not be granted.

23   DATED:  February 29, 2008.

24                                   _____
                                     U.S. MAGISTRATE JUDGE
25

26   2carr1984.46

                                          1